**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of L.M.N. aka L.N., D.Y.L.N., J.L.L.N., aka J.L.L., Children

Appellate case number:   01-18-00413-CV

Trial court case number:  2015-01217J

Trial court:             315th District Court of Harris County

Appellant, A.L., has filed a motion for an extension of time to file his brief. The motion is **granted**. **Appellant A.L.'s brief is due to be filed with this Court no later than Wednesday, August 1, 2018.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

This appeal involves the termination of the parent-child relationship. Accordingly, this Court is required to bring the appeal to final disposition within 180 days of May 23, 2018, the date the first notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (Vernon 2013). **Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually     ☐ Acting for the Court

Date: July 24, 2018